# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAURIE GORDON,
Appellant,
vs.
PATRICE MARSHALL,
Respondent.

No. 79794

**FILED**

DEC 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on October 14, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc:  Hon. Denise L. Gentile, District Judge, Family Court Division
The Law Offices of Frank J. Toti, Esq.
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-51951